NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

―――――――――――

**YELLOW CAB COMPANY OF ORLANDO, INC.,**
*Plaintiff-Appellee,*

**v.**

**CELEBRATION TRANSPORTATION, INC.
(doing business as Celebration Taxi AND The Yellow
Cab Company),**
*Defendant-Appellant.*

―――――――――――

2013-1268

―――――――――――

Appeal from the United States District Court for the Middle District of Florida in No. 12-CV-1910, Judge Elizabeth A. Kovachevich.

―――――――――――

Before LOURIE, *Circuit Judge.*

**O R D E R**

The court considers whether this recently docketed appeal should be transferred to the United States District Court of Appeals for the Eleventh Circuit.

Celebration Transportation, Inc. appeals from a judgment of the United States District Court for the Middle District of Florida, in a case involving charges of trademark infringement and Florida state law claims.

YELLOW CAB COMPANY v. CELEBRATION TRANSPORTATION          2

This court is a court of limited jurisdiction, which does not appear to include jurisdiction in this matter.  28 U.S.C. § 1295.

Accordingly,

IT IS ORDERED THAT:

(1)  The parties are directed to respond within 14 days from the date of filing of this order concerning whether this appeal should be transferred to the United States Court of Appeals for the Eleventh Circuit pursuant to 28 U.S.C. § 1631.

(2)  The briefing schedule is stayed.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s26